O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR12-591-CAS |
| Plaintiff, ) | |
| v. ) | REVOCATION OF SUPERVISED |
| JONATHAN STEPHEN WAGNER, ) | RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On April 22, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on April 9, 2013. Government counsel, Peter Baldwin, the defendant and his appointed DFPD attorneys, John Hanusz and Ann Hwang, were present. The U.S. Probation Officer, Calvin Daniels, was also present.

The defendant admits violation of his supervised release, as stated in the Petition filed on April 9, 2013. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on September 10, 2012.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of two (2) months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of eighteen (18) months, under the same terms and conditions previously imposed, with the added condition, as follows:

///

- Upon release from imprisonment, defendant shall reside at and participate in an approved residential drug treatment and counseling program approved by the U. S. Probation Office for a period of six (6) months, that includes urinalysis, saliva and/or sweat patch testing for treatment of narcotic addiction or drug dependency, until discharged by the Program Director.

It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, on May 13, 2013. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

The Court hereby recommends that defendant serve his sentence at the Metropolitan Detention Center.

The Probation Officer shall provide the Court with a Status Report re: Inpatient Treatment on or before May 6, 2013. Upon receipt of the Status Report re: Inpatient Treatment, the Court will determine whether defendant shall pay all or part of the costs of the treatment, pursuant to 18 U.S.C. § 3672.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   April 23, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By:___/S/_____
     Catherine M. Jeang, Deputy Clerk