UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
October 6, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VM___ DEPUTY

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 12-591 CAS | Date | October 6, 2015 |
| Title | United States v. Wagner | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☐   Lack of bail resources

  ☐   Refusal to interview with Pretrial Services

  ☒   No stable residence or employment

  ☒   Previous failure to appear or violations of probation, parole, or release

  ☐   Ties to foreign countries

  ☒   Allegations in petition

  ☒   Defendant submitted to detention

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 12-591 CAS | Date | October 6, 2015 |
|---|---|---|---|
| Title | United States v. Wagner | | |

    B.    ☒    Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒    Nature of previous criminal convictions

    ☒    Allegations in petition

    ☐    Substance abuse

    ☐    Already in custody on state or federal offense

    ☒    Defendant submitted to detention

* \* \**

    IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.